**Fill in this information to identify the case:**

Debtor name  **MCR Health, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  8:24-bk-06604-RCT

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 8, 2024**        X  */s/ Mary Ruiz*
                                                                      Signature of individual signing on behalf of debtor

**Mary Ruiz**
Printed name

**Board Chair**
Position or relationship to debtor

Official Form 202                         **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: **MCR Health, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): 8:24-bk-06604-RCT

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AFCO ATTN: PAYMENT PROCESSING 5600 N. River Rd., Ste 400 Rosemont, IL 60018-5187 | | | | | | $219,071.40 |
| All Medical Personnel, Inc PO Box 931904 Atlanta, GA 31193-1904 | | | | | | $21,548.56 |
| Athena Health PO BOX 415615 Boston, MA 02241-5615 | | | | | | $304,036.51 |
| Balanced Wellbeing LLC 5915 SW 49th Ave Ocala, FL 34474 | | | | | | $540,362.00 |
| Buchanan Ingersoll & Rooney 501 Grant Street Ste 200 Pittsburgh, PA 15219-4413 | | | | | | $284,344.20 |
| Dex Imaging PO BOX 17299 Clearwater, FL 33762-0299 | | | | | | $18,862.76 |
| Flexential PO Box 732368 Dallas, TX 75373-2368 | | | | | | $44,846.86 |
| Forvis Mazars, LLP PO Box 200870 Dallas, TX 75320-0870 | | | | | | $28,380.00 |

Debtor  **MCR Health, Inc.**
Name

Case number *(if known)*  8:24-bk-06604-RCT

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Guardian<br>PO Box 677458<br>Dallas, TX 75267-7458 | | | | | | $27,836.10 |
| Henry Schein Inc.(Dental)<br>PO Box 371952<br>Pittsburgh, PA 15250-7952 | | | | | | $24,331.84 |
| Iron Mountain<br>PO Box 27128<br>New York, NY 10087-7128 | | | | | | $19,119.30 |
| Johnson Controls Sec. Sol.<br>PO Box 371994<br>Pittsburgh, PA 15250-7994 | | | | | | $18,582.22 |
| Kerecis LLC<br>DEPT CH 17640<br>Palatine, IL 60055 | | | | | | $47,726.00 |
| Laboratory Corp. of Amer.<br>PO Box 2270<br>Burlington, NC 27216-2270 | | | | | | $28,289.40 |
| McKesson Medical Surgical<br>PO Box 936279<br>Atlanta, GA 31193-2679 | | | | | | $33,704.80 |
| Netsmart Tech., Inc.<br>PO Box 713519<br>Philadelphia, PA 19171 | | | | | | $55,206.00 |
| Sanofi Pasteur, Inc.<br>12458 Collections Center Dr<br>Chicago, IL 60693 | | | | | | $92,206.86 |
| Servis 1st Bank Card Services<br>PO Box 1508<br>Birmingham, AL 35282-8226 | | | | | | $167,569.83 |
| T-Mobile<br>PO Box 742596<br>Cincinnati, OH 45274-2596 | | | | | | $62,953.30 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

| Debtor | MCR Health, Inc. | | Case number *(if known)* | 8:24-bk-06604-RCT |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ultrasound Diagnostics LLC<br>5670 36th Ave N<br>St. Petersburg, FL 33710** | | | | | | $24,400.00 |